IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAJUQUAN WILLIAMS, Individually and For Others Similarly Situated,<br><br>v.<br><br>CHEMSTREAM, INC. | Case No. 2:24-cv-00272-MRH |

## WILLIAMS' MOTION FOR REMAND

Hajuquan Williams, Individually and for Others Similarly Situated ("Plaintiff") hereby moves to remand this matter to the Court of Common Pleas of Allegheny County, Pennsylvania. Chemstream is opposed to this Motion. On February 2, 2024, Williams filed this class action in the Court of Common Pleas of Allegheny County. On March 1, 2024, Chemstream removed the case to this Court on the basis of CAFA jurisdiction. However, Chemstream admitted that the class consists of only 46 members. Because CAFA requires a class of not less than 100 members, this Court lacks jurisdiction and remand is proper.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter an Order remanding this matter to the Court of Common Pleas of Allegheny County.

Dated: March 29, 2024                                Respectfully submitted,

/s/ *Alyssa J. White*
Alyssa White
awhite@mybackwages.com
Andrew Dunlap
adunlap@mybackwages.com
Michael Josephson
mjosephson@mybackwages.com
JOSEPHSON DUNLAP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046

        713-352-1100 – Telephone
        713-352-3300 – Facsimile

        Richard J Burch
        rburch@brucknerburch.com
        BRUCKNER BURCH PLLC
        11 Greenway Plaza, Suite 3025
        Houston, Texas 77046
        713-877-8788 – Telephone
        Fax: 713-877-8065 – Facsimile

        Joshua P. Geist
        PA ID No. 85745
        William F. Goodrich
        PA ID No. 30235
        GOODRICH & GEIST PC
        3634 California Ave.
        Pittsburgh, Pennsylvania 15212
        412-766-1455 – Telephone
        412-766-0300 – Facsimile
        josh@goodrichandgeist.com

        **ATTORNEYS IN CHARGE FOR PLAINTIFF
        AND PUTATIVE CLASS MEMBERS**

## CERTIFICATE OF SERVICE

I served a copy of this document on all counsel of record via the Court's ECF system on March 29, 2024.

        */s/ Alyssa J. White*
        Alyssa White

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendant Chemstream, Inc. prior to the filing of this Motion. Chemstream is opposed.

        */s/ Alyssa J. White*
        Alyssa White